UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| RUBY SANDS LLC,<br><br>                        Plaintiff,<br><br>         v.<br><br>J.P. MORGAN CHASE BANK, N.A.,<br><br>                        Defendant. | Case No. 2:15-cv-01965-JRG |

# PLAINTIFF'S MOTION FOR VOLUNTARILY DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a) Plaintiff Ruby Sands LLC respectfully requests that the Court voluntarily dismiss, without prejudice, all claims against Defendant J.P. Morgan Chase Bank, N.A.  Plaintiff filed this lawsuit on November 30, 2015.  Defendant J.P. Morgan Chase has not filed an answer or moved for summary judgment on any of the claims asserted therein.

December 1, 2015                                        Respectfully submitted,

                                                                        By: /s/Jean-Marc Zimmerman
                                                                        Jean-Marc Zimmerman (#37451989NJ)
                                                                        Zimmerman, Weiser & Paray LLP
                                                                        226 St. Paul Street
                                                                        Westfield, New Jersey 07090
                                                                        Tel:  (908) 654-8000
                                                                        Fax: (908) 654-7207
                                                                        jmz@zwpllp.com

                                                                        Attorneys for Plaintiff Ruby Sands LLC